UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 16-21613 |
|---|---|---|
| Shirley A. Brown | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

This cause coming on to be heard on the motion of Ford Motor Credit Company LLC and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §362 of the Bankruptcy Code be and the same are hereby modified to permit FORD MOTOR CREDIT COMPANY LLC to take possession of and foreclose its security interest in a certain 2015 Ford Fusion, VIN 1FA6P0H72F5127079.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: January 10, 2020

**Prepared by:**

Christopher H. Purcell
Sherman & Purcell LLP
112 Cary Street
Cary, Illinois 60013
Phone: (312) 372-1487
shermlaw13@aol.com
Attorney for Ford Motor Credit Company LLC